**Order entered April 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00172-CR

**CHARLES VERNON HAYNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80283-2013**

## ORDER

We **GRANT** Official Court Reporter Jennifer K. Corley's April 1, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE